UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 14-05559 DDP (VBKx)                              Dated: February 9, 2015

Title:   ANTHONY JAMES BARRAGAN, an individual -v- SIMMONS BEDDING COMPANY, a Delaware corporation
===============================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

  John A. Chambers                                   None Present
  Courtroom Deputy                                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

  None                                              None

PROCEEDINGS:       MINUTE ORDER (IN CHAMBERS)


   **COUNSEL ARE NOTIFIED** the MOTION TO REMAND CASE (DOCKET NUMBER 13) is denied.